In the Matter of ROBERT G. CROOKS, an Attorney, Resignor. [849 NYS2d 812]—Voluntary resignation accepted and

name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Jan. 22, 2008.)